

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00356-CR
### No. 10-09-00377-CR

**JERE KELLOUGH D/B/A ABC BAIL BONDS,**

                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                        **Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court Nos. 08-04-09808 BCCV and 08-04-09908-BCCV

## MEMORANDUM  OPINION

In a joint motion by Jere Kellough d/b/a ABC Bail Bonds and the State of Texas, the parties informed the Court that they have entered into an agreement to resolve these appeals. Based on that agreement, the parties jointly request this Court to reverse the summary judgments entered by the trial court on July 28, 2009, in favor of the State and remand these cases to the trial court for further proceedings.

The Rules of Appellate Procedure do not provide for such an action by this Court. However, the rule most closely analogous to the parties' request is Rule

42.1(a)(2)(B).  TEX. R. APP. P. 42.1(a)(2)(B).  Accordingly, we set aside the trial court's judgments dated July 28, 2009 without regard to the merits and remand these proceedings to the trial court for further proceedings in accordance with the parties' agreement.  *Id.*


TOM GRAY<br>Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Judgments set aside and remanded
Opinion delivered and filed March 10, 2010
Do not publish
[CV06]